IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JILL R. LECKRON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 3:11-CV-5218-RBL<br><br>ORDER FOR ATTORNEY FEES<br>PURSUANT TO 28 U.S.C. § 2412(D) |

　　　　Based upon the Stipulation of the parties, it is hereby ordered that attorney fees in the amount of $3,954.92, and expenses in the amount of $18.69, for a total of $3,973.61, shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).  If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Christopher H. Dellert, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  Any check for EAJA fees shall be mailed to Plaintiff's counsel, Christopher H. Dellert, at Dellert Baird Law Office, PLLP, P.O. Box 955, Port Orchard, WA, 98366,

　　　　Dated this 11th day of June, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Ronald B. Leighton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ronald B. Leighton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Page 1　　　ORDER [3:11-CV-5218-RBL]

1

Presented by:

2

Christopher H. Dellert
3   Dellert Baird Law Office, PLLP
P.O. Box 955
4   Port Orchard, WA   98366
Telephone:  (360) 329-6968
5   FAX:  (360) 329-6968
Dellert.Law.Office@gmail.com
6   Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23